# U.S. Pretrial Services
## Southern District of New York
## MEMORANDUM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-14-09
```

**DATE:** January 13, 2009

**TO:** Honorable Paul A. Crotty
United States District Judge

**FROM:** Natasha Ramesar
Pretrial Services Officer

**SUBJECT:** Rene Orellana
06-CR-281-01

This memo will serve to provide the Court with updated information regarding the defendant who is being supervised in Florida.

On July 23, 2008, a memorandum was submitted to Your Honor informing that the defendant was being investigated by the Oviedo Police Department for voyeurism. PSO recommended that no action be taken and Your Honor ordered the same.

On September 29, 2008, charges were filed in Seminole County, Florida charging the defendant with Attempted Video Voyeurism for which the defendant received a summons to appear in court on November 3, 2008. The defendant advised his Pretrial Services Officer that he did not appear in court on that date as his attorney filed a waiver of appearance. He further informed his Pretrial Services Officer that his attorney appeared in court in December and filed a motion to dismiss. The defendant advised his Pretrial Services Officer that his next court appearance is scheduled for January 26, 2009 at which time the charges may be dismissed.

PSO is submitting this memorandum for Your Honor's information and review. PSO will keep Your Honor apprised of any new information obtained.

cc: Parvin Moyne, Assistant U.S. Attorney
Ernest Hammer, Defense Attorney

## MEMORANDUM

TO:     HONORABLE PAUL A. CROTTY
         U.S. District Judge

FROM:  Natasha Ramesar
         U.S. Pretrial Services Officer

                                RE:     Rene Orellana
                                DOCKET#:  06-CR-281-01

The attached memorandum was prepared by Pretrial Services Officer:

**Natasha Ramesar**                           **212-805-4118**
Name                                                      Phone Number

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

*[PAC initialed]*  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]  My office will inform all parties concerned that I will conduct a Bail Review Hearing in

    Courtroom # _____ on _____ at _____ .
                        Date           Time

[ ]  I request that a Bail Review Hearing be conducted by:

    [ ]  The presiding Magistrate Judge in courtroom # 5A.

    [ ]  The District Court Judge presiding in Part I.

    [ ]  _____ at his/her earliest convenience.
            Judicial Officer

[ ]  So ordered: *[signed] Paul A Crotty*            Date January 14, 2009